Dismissed and Memorandum Opinion filed September 20, 2007








Dismissed
and Memorandum Opinion filed September 20, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00417-CV

____________

 

PROCLAIM AMERICA, INC., Appellant

 

V.

 

VICTORIA G. ENGELHARDT, Appellee

 



 

On Appeal from the
157th District Court

 Harris County,
Texas

Trial Court Cause
No. 2007-13729

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed April 27, 2007.  On September 10, 2007,
appellant filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is
granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed
September 20, 2007 .

Panel consists of Chief Justice Hedges, Justices Yates
and Frost.